# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-35 |
| | ) | (Varlan / Shirley) |
| JEFFREY DEAN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.  This case is before the Court upon a Motion to Extend Motion Cut-Off Deadline [Doc. 19], filed by Defendant Jeffrey Dean Jones.

In support of his request for an extension of 14 days, Attorney Jonathan Moffatt states that the additional time is necessary in order to complete his factual investigation of the charge against Mr. Jones.  Specifically, Attorney Moffatt has not yet received laboratory reports on physical evidence in the case, which he expects will be available soon.  After completing his investigation and review of discovery materials, Attorney Moffatt will require a reasonable time to consult with Mr. Jones, to pursue any research and to identify and prepare pretrial motions.  The government does not oppose the request for additional time.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions by Mr. Jones to February 29, 2008,  as requested.  Accordingly, the Motion to Extend Motion Cut-Off Deadline **[Doc. 19]** is **GRANTED**.  Mr. Jones has already filed a Motion

to Suppress Defendant's Statement and Memorandum in Support [Doc. 20] and Motion to Suppress Evidence Obtained From Defendant's Residence [Doc. 21], both filed on February 15, 2008. There being no cause to extend the date for the United States' response to these pretrial motions, the deadline for those responses will remain **February 29, 2008**. Any additional pretrial motions will be due on or before **February 29, 2008**. Should such new motions be filed, responses to those will be due on or before **March 14, 2008**. The Court will conduct an evidentiary hearing on the merits of Mr. Jones' Motion to Suppress Defendant's Statement and Memorandum in Support [Doc. 20] and Motion to Suppress Evidence Obtained From Defendant's Residence [Doc. 21], at the date and time previously scheduled for the Pretrial Conference, **March 5, 2008, at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge