IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:07-CR-35 |
| | ) (VARLAN/SHIRLEY) |
| V. | ) |
| | ) |
| JEFFREY DEAN JONES, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This matter is before the Court on the government's motion [Doc. 38] for an Order authorizing Sarath Gangavarapu, M.D., Staff Psychiatrist, Moccasin Bend Mental Health Institute, Chattanooga, Tennessee, to discuss with the United States Attorney's Office the diagnosis, care, and treatment of defendant Jeffrey Dean Jones, including the effects of drugs which defendant Jones took before being admitted to Rhea Medical Center, as well as the effects on defendant Jones of drugs given to him during his stay at Rhea Medical Center and Moccasin Bend Mental Health Institute. Defense counsel has advised chambers that, because the defendant is the one who initially raised these issues, the defendant does not oppose the motion.

Accordingly, in the absence of any opposition to the motion, and for good cause shown, the government's motion [Doc. 38] is hereby **GRANTED**. It is **ORDERED** that Sarath Gangavarapu, M.D., Staff Psychiatrist, Moccasin Bend Mental Health Institute, Chattanooga, Tennessee, is authorized to disclose to Assistant U.S. Attorney J.Edgar Schmutzer the diagnosis, care and

treatment of defendant Jones, including the effects of drugs which defendant Jones took before being admitted to Rhea Medical Center, as well as the effects upon defendant Jones of drugs given to him during his stay at Rhea Medical Center and Moccasin Bend Mental Health Institute. Additionally, in light of the government's need to obtain this information before filing its supplement, the deadline for the filing of post hearing briefs as to the hearing conducted on June 4, 2008, is hereby extended until and including **June 20, 2008**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge