IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-CR-35 |
| ) | (VARLAN/SHIRLEY) |
| V. ) | |
| ) | |
| JEFFREY DEAN JONES, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. On June 3, 2008, the parties came before the Court for a hearing on the defendant's pending motions. While addressing the defendant's Motion for Identity of Witnesses [Doc. 28], the Court directed the government to review what information the government possessed as to the witnesses at issue and to determine what, if any, basis the government had for not disclosing the names, including whether the witnesses and their statements, if such existed, qualified as Brady, Giglio, or Jencks material. [Transcript of June 3, 2008 Hearing at pp. 193-94]

In light of the Court's directive, the parties are **DIRECTED** to file a supplement with the Court indicating the government's position as to whether the information in question is Brady, Giglio, or Jencks material and why the information should, or should not, be disclosed, and the defendant's position as to the status of his motion in light of the government's stance. The

supplement shall be due on or before July 5, 2008.  The Court will hold the defendant's motion [Doc. 28] in abeyance until the receipt of the supplement.

**IT IS SO ORDERED.**

ENTER:


　　s/ C. Clifford Shirley, Jr.　　
United States Magistrate Judge